ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN 265421)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for Plaintiff
TRC Trading Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRC TRADING CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GIROSKI LLC, a Florida Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV-11-01817 JAM (KJN)<br><br>**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT** |

This matter came for hearing on October 17, 2012 plaintiff's duly noticed motion for entry of judgment. The court has read the papers submitted in support of and in opposition to the motion, and considered the arguments of counsel and the authorities cited to the court.

IT IS ORDERED THAT:

1. The motion of plaintiff TRC Trading Corporation is granted.
2. Judgment in the amount of $1,240,449.58 be entered against defendant Giroski LLC in favor of plaintiff TRC Trading Corporation.

Date: 10-12-2012

By: _____
U.S DISTRICT JUDGE

1

**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT**