ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN 265421)
**HILL RIVKINS BROWN & ASSOCIATES**
A Professional Law Corporation
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 5350-0268

Attorneys for Plaintiff
TRC Trading Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRC TRADING CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIROSKI LLC, a Florida corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11 01817 JAM (KJN)<br><br>**STIPULATED JUDGMENT** |

Plaintiff TRC Trading Corporation ("TRC") and Defendant Giroski LLC ("Giroski") have agreed that, in the event of default on payments in accordance with the Settlement Agreement dated May 17, 2012, TRC is entitled to enter judgment against Giroski in the amount of $1,290,449.58, less any payments received.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. For specific goods and services provided regarding the purchase, sale and delivery of rough rice, Giroski agrees to pay TRC $1,290,449.58, less payments received, in accordance with the Settlement Agreement entered into on May 18, 2012.

2. The payment of the sums specified above constitutes just compensation to be paid to TRC for services and products provided to Giroski.

3. All principal sums to be paid herein shall bear interest as provided for by law,

NY1129048.2
218041-10001

1

1  including ten percent (10%) per annum pre-judgment interest as of July 1, 2011 and post judgment
2  interest in the amount of ten percent (10%) per annum as of the date of this order.

3    4.    Should it be necessary for TRC to enforce this Stipulated Judgment, TRC will be
4  entitled to reasonable litigation expenses and costs of suit, including attorneys' fees.

5  Dated: October 12, 2012

_____
JUDGE FOR THE FEDERAL COURT

7  IT IS SO AGREED:
8  Dated: June 22, 2012        TRC TRADING CORPORATION
9                              By: _____
10                             Printed Name: J. K. KAPILA
11                             Title: PRESIDENT

13  Dated: June 22, 2012        Giroski LLC
14                              By: _____
15                              Printed Name: BENJAMIN ROSALES
16                              Title: PRESIDENT

17  APPROVED AS TO SUBSTANCE AND FORM:
18  Dated: June __, 2012        HILL RIVKINS BROWN & ASSOCIATES

20                              By: _____
                                ADAM C. BROWN
21                              Attorneys for Plaintiff
                                TRC TRADING CORPORATION

23  Dated: June __, 2012        LOEB & LOEB

24                              By: _____
                                TAMARA CARMICHAEL
25                              Attorney for Defendant
                                Giroski LLC

NY1129048.2
218041-10001

2

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

STIPULATED JUDGMENT